\*\* **E-filed January 4, 2012** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARK ANDAYA,         No. C11-01471 HRL

    Plaintiff,         **ORDER OF DISMISSAL**

  v.

CARING HEARTS SENIOR CARE HOME, INC.; et al.,

    Defendants.

_____/

On September 12, 2011, the parties informed the court that they had reached a settlement through mediation. Dkt. No. 15. The parties were given until December 20, 2011 to file a dismissal. If no dismissal was filed by that date, then a show cause hearing was set for January 3, 2012, with a show cause response due by December 27, 2011. Dkt. No. 16 (October 18, 2011 Order to Show Cause). No dismissal was filed, nor did the parties file any response to the court's Order of October 18. There was no appearance by any party at the January 3, 2012 show cause hearing.

Accordingly, the parties having failed to show cause why the case should not be dismissed, the court concludes that it should be. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: January 4, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-01471 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| James Dal Bon | jdblaw@earthlink.net |
| Tomas Eduardo Margain | margainlaw@hotmail.com |
| Steven Paul Cohn | spcohnlaw@aol.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**